IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID CATANZARO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PROCTER & GAMBLE CO., ) <br> WAL-MART STORES, INC., ) <br> CVS CORPORATION, ) <br> RITE AID CORPORATION, and ) <br> DOES 1 THROUGH 50, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:10-cv-00403 <br><br> Judge Kathleen O'Malley |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c) and Local Criminal Rule 57.21:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Defendant, Wal-Mart Stores, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    \_\_X\_\_  Yes     _____  No.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    _____  Yes     \_\_X\_\_  No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

{J1428074.1}

        Respectfully submitted,

*/s/ Mark A. Willard*_____
Mark A. Willard, Esq.
Pa. I.D. No. 18103
David V. Radack, Esq.
Pa. I.D. No. 39633
Wendy West Feinstein (0064973)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219-2788
(412) 566-6171 (telephone)
(412) 566-6099 (facsimile)
mwillard@eckertseamans.com
dradack@eckertseamans.com
wfeinstein@eckertseamans.com

Dated: July 21, 2010          Attorneys for Defendant, Wal-Mart Stores, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Corporate Disclosure Statement has been served electronically, by operation of this Court's CM/ECF system, upon the following parties of record, this 21st day of July, 2010:

>Wayne D. Porter, Jr., Esq.
>Law Offices of Wayne D. Porter, Jr., Esq.
>1370 Ontario Street, Suite 600
>Cleveland, OH 44113
>
>James A. DeRoche, Esq.
>Seaman Garson, LLC
>Rockefeller Building, 16th Floor
>614 West Superior Avenue
>Cleveland, OH 44113
>
>*Attorneys for Plaintiffs*

>/s/ *Mark A. Willard*
>Mark A. Willard
>Attorney for Defendant, Wal-Mart Stores, Inc.