IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

DAVID CATANZARO, )
          Plaintiff, )
           )
vs. ) Case No. 1:10-cv-00403
           ) Judge Benita Y. Pearson
PROCTER & GAMBLE CO., )
WAL-MART STORES, INC., )
CVS CORPORATION, )
RITE AID CORPORATION, )
CHURCH & DWIGHT CO., INC., )
and DOES 1 THROUGH 50, )
          Defendants. )

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

AND NOW, comes Plaintiff, David Catanzaro (hereinafter referred to as "Catanzaro"), and Defendants, Procter & Gamble Co., Wal-Mart Stores, Inc., CVS Corporation, Rite Aid Corporation and Church & Dwight Co., Inc. (hereinafter collectively referred to as "Defendants"), by their respective duly authorized counsel, hereby stipulate and agree to the dismissal, with prejudice, of all claims asserted by Catanzaro in the Third Amended Complaint, and all counterclaims asserted by Defendants in their respective Answers, Affirmative Defenses and Counterclaims filed in response to the Third Amended Complaint.

Each side will bear their own costs and fees.

Respectfully submitted,

/s/ Wayne D. Porter, Jr.
Wayne D. Porter, Jr., Esq.
Law Offices of Wayne D. Porter, Jr., Esq.
1370 Ontario Street, Suite 600
Cleveland, OH 44113

/s/ Mark A. Willard
Mark A. Willard, Esq.
Pa. I.D. No. 18103
David V. Radack, Esq.
Pa. I.D. No. 39633
Wendy West Feinstein (0064973)

{J1494996.1}

/s/ James A. DeRoche
James A. DeRoche, Esq.
Seaman Garson, LLC
Rockefeller Building, 16th Floor
614 West Superior Avenue
Cleveland, OH 44113

Attorneys for Plaintiff, David Catanzaro

/s/ Peter C. Elliott
Peter C. Elliott (0002235)
Denis Ticak (0082983)
Lori H. Welker (0085109
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF, LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
(216) 363-4500 (telephone)
(216) 363-4588 (facsimile)
pelliott@beneschlaw.com
dticak@beneschlaw.com
lwelker@beneschlaw.com

/s/ Baldassare Vinti
Baldassare Vinti, Esq.
James J. Shalek, Esq.
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3000 (telephone)
(212) 969-2900 (facsimile)
bvinti@proskauer.com
jshalek@proskauer.com

Attorneys for Defendant and Counterclaim-Plaintiff, Church & Dwight Co., Inc.

Dated: March 4, 2011

ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219-2788
(412) 566-6171 (telephone)
(412) 566-6099 (facsimile)
mwillard@eckertsemans.com
dradack@eckertseamans.com
wfeinstein@eckertseamans.com

Attorneys for Defendants and Counterclaim-Plaintiffs, Procter & Gamble Co., Wal-Mart Stores, Inc., CVS Corporation and Rite Aid Corporation