IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID CATANZARO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:10-cv-00403 ) |
| PROCTER & GAMBLE CO., WAL-MART STORES, INC., CVS CORPORATION, RITE AID CORPORATION, CHURCH & DWIGHT CO., INC., and DOES 1 THROUGH 50, | ) Judge Benita Y. Pearson ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this __10th__ day of __March__, 2011, upon consideration of the parties' Stipulation of Dismissal With Prejudice, it is hereby ORDERED that:

1. All claims asserted by the Plaintiff, David Catanzaro, in the Third Amended Complaint are hereby dismissed with prejudice.

2. All counterclaims asserted by Defendants, Procter & Gamble Co., Wal-Mart Stores, Inc., CVS Corporation, Rite Aid Corporation and Church & Dwight Co., Inc., in their respective Answers, Affirmative Defenses and Counterclaims filed in response to the Third Amended Complaint are hereby dismissed with prejudice.

3. Each side will bear their own costs and fees.

BY THE COURT:

s/ Benita Y. Pearson                    J.
HONORABLE BENITA Y. PEARSON